[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: June 28, 2021**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Case No.
2:21−bk−00577−FMD
Chapter 13

Miguel A Zambrana
aka Miguel Angel Zambrana
aka Miguel Zambrana
aka Miguel Angel Zambrana Zambrana
aka Miguel A Zambrana Zambrana
aka Miguel Zambrana Zambrana

_____Debtor*_____/

### ORDER STRIKING AMENDED CHAPTER 13 PLAN

THIS CASE came on for consideration, without hearing, of the Amended Chapter 13 Plan filed June 25, 2021, Doc. No. 18. The Amended Chapter 13 Plan is deficient as follows:

The Amended Plan does not include the signature of the Debtor.

.

Accordingly, it is **ORDERED**:

The Amended Chapter 13 Plan is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.