# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:21-bk-00577-FMD
Chapter 13

Miguel A Zambrana

      Debtor.
_____/

## TRUSTEE'S MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN

> **A preliminary hearing in this case will be held on December 15, 2022 at 2:15 *pm* before the Honorable Caryl E. Delano, United States Bankruptcy Judge, in Courtroom 9A, Tampa, Florida. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court call at the following number 866-582-6878 by 5:00 p.m. the business day preceding the hearing.**

    COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 30, 2021.

    2.    On January 11, 2022, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2021.

    3.    It appears as though the Debtor has failed to comply with the Order Confirming Plan to turnover his 2021 federal income tax refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:    (941) 750-9266

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Miguel A Zambrana**, Debtor, 2360 E 5th Street, Lehigh Acres, FL 33936-4332 and **Jose A. Blanco, Esquire**, Attorney for Debtor, c/o Jose A. Blanco, PA, 102 E 49th Street, Hialeah, FL 33013 on this 2nd day of November 2022.

/s/ Jon M. Waage
Jon M. Waage

JMW/ss