# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 2:21-bk-00577-FMD
  Chapter 13

Miguel A Zambrana

    Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> A preliminary hearing in this case will be held on September 21, 2023 at 2:15 *pm* before the Honorable Caryl E. Delano, United States Bankruptcy Judge. Unless otherwise notified, Judge Delano will conduct all Fort Myers' hearings by Zoom from Courtroom 9A, Tampa, and will enter a separate Order Establishing Procedures for Video Hearings. Parties may attend the hearing by telephone, by Zoom, or in-person in Courtroom 9A. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 p.m. the business day preceding the hearing. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON IN THE FORT MYERS COURTHOUSE.

    COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 30, 2021.

    2.    On January 11, 2022, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2021.

    3.    It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide his 2022 federal income tax return and any refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:      (941) 750-9266

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Miguel A Zambrana**, Debtor, 2360 E 5th Street, Lehigh Acres, FL 33936-4332 and **Jose A. Blanco, Esquire**, Attorney for Debtor, c/o Jose A. Blanco, PA, 102 E 49th Street, Hialeah, FL 33013 on this 1st day of September, 2023.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/ss