# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

Miguel A Zambrana             Case No. 2:21-bk-00577-FMD
AKA: Miguel Angel Zambrana, Miguel Zambrana, Miguel Angel Zambrana Zambrana, Miguel A Zambrana Zambrana, Miguel Zambrana Zambrana
Debtor(s)
_____/

## TRUSTEE'S NOTICE TO COURT OF COMPLETION OF PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER TO FILE THE DOMESTIC SUPPORT CERTIFICATION INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)

Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) may be entitled to their Discharge if all other requirements have been met.

Dated August 28, 2024.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

Copies furnished electronically or by U.S. Mail to:

Miguel A Zambrana
2360 E 5th Street
Lehigh Acres, FL  33936-4332

Jose A. Blanco, Esq.
Jose A. Blanco, PA
102 E 49th Street
Hialeah, FL  33013-